# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                              **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                        **GREENBELT, MARYLAND 20770**
                                                                                                                               **301-344-0052**

## M E M O R A N D U M

TO:          Counsel of Record

FROM:       Judge Roger W. Titus

RE:          *United States of America v. Derrick James Miller*
                  Criminal No. RWT-11-441

DATE:       September 27, 2011

\* \* \* \* \* \* \* \* \*

       Due to a change in the Court's calendar, the sentencing scheduled for **December 21, 2011 at 2:30 p.m.** is hereby **RESCHEDULED** for **December 21, 2011 at 3:00 p.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                         /s/
                                Deborah K. Chasanow for Roger W. Titus
                                United States District Judge